FILED
2025 Apr-16 AM 08:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| **v.** | } | **Case No. 5:25-mj-1062-HNJ** |
| | } | |
| **JASON BRIAN SEAY** | } | |

# ORDER

Based on Defendant Jason Brian Seay's waiver of the detention hearing and the testimony presented during the April 14, 2025 preliminary hearing, the Court finds that there is probable cause to believe the defendant has committed the offenses outlined in the Complaint and attached affidavit that were filed in this Court on April 3, 2025. The court hereby orders defendant **DETAINED** pending resolution of the present matter. The defendant may petition the court for bond if his circumstances change.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. He will be afforded a reasonable opportunity for private consultation with defense counsel.

On order of any court of the United States or on request from an attorney for the government, the person in charge of the corrections facility where he is being housed shall deliver the defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

**DONE** this 15th day of April, 2025.

H. Johnson, Jr.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE