FILED
2025 May-08 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **PLAINTIFF,** | } | |
| | } | |
| *vs.* | } | **CASE NO. 5.25-mj-01062,** |
| | } | **5.25-cr-00269 CLM-HNJ** |
| | } | |
| **JASON BRIAN SEAY,** | } | |
| | } | |
| **DEFENDANT.** | } | |
| | } | |

**NOTICE OF APPOINTMENT / APPEARANCE**

COMES NOW the undersigned Robert B. Tuten and notifies the Court of his Appearance and entry as Counsel of Record for Defendant, Jason Seay.

Respectfully submitted this 6th day of March, 2025.

/S/ Robert B. Tuten

ROBERT B. TUTEN
ASB # asb-4036-e56r
Attorney for Defendant
223 East Side Square
Huntsville, AL 35801
Phone: (256) 536-6009
E-Mail: federalct@tutenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney, US Probation and US Marshal. I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants: n/a.

/S/ Robert B. Tuten
ROBERT B. TUTEN