FILED
2025 May-09 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No: 5:25-CR-00269-CLM-HNJ** |
| | ) | |
| **JASON BRIAN SEAY** | ) | |

**MOTION TO WITHDRAW BY THE**
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**

COMES NOW KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, and respectfully moves the Court to withdraw from representation of Mr. Jason Brian Seay as Robert B. Tuten has entered a Notice of Appearance (Doc. 12).

WHEREFORE, KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, respectfully requests an order relieving the office of the Federal Public Defenders as counsel of record.

Respectfully submitted,

*/s/ Kevin L. Butler*

Kevin L. Butler
Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
kevin_butler@fd.org

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2025 the foregoing was filed with the Clerk of Court and docketed electronically using the Court's CM/ECF system, which will provide notice to counsel of record.

*/s/ Kevin L. Butler*
Kevin L. Butler
Federal Public Defender