FILED
2025 May-13 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 5:25-cr-00269-CLM-HNJ** |
| | **)** | |
| **JASON BRIAN SEAY** | **)** | |

## MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and R. Leann White, Assistant United States Attorney, and move the Court for permission to file certain documents under seal.

Respectfully submitted, this the 13th day of May, 2025.

PRIM F. ESCALONA
United States Attorney

*/s/ R. Leann White*
R. LEANN WHITE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed using the Court's CM/ECF system and that a copy of same has been served upon counsel for the defendant via the same system.

*/s/ R. Leann White*
R. Leann White
Assistant United States Attorney