FILED
2026 Jun-10 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **5:25-cr-269-CLM-HNJ** |
| | ) | |
| **JASON BRIAN SEAY** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The United States moves this Honorable Court to continue the sentencing scheduled in this case for June 16, 2026. The undersigned AUSA is currently set to start a trial in Birmingham on June 15, 2026, which is expected to last at least two days. The undersigned AUSA has contacted the defendant's attorney, Robert Tuten, who does not oppose this motion. Additionally, Mr. Tuten may also have a conflict for next week.

Based on the above, the United States is requesting that the sentencing in this matter be continued to a later date that is convenient for the court and the parties.

PHILLIP W. WILLIAMS JR
United States Attorney

*/s/ R. Leann White*
R. Leann White
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been filed with the CM/ECF System and served upon counsel of record.

*/s/ R. Leann White*
R. Leann White
Assistant U.S. Attorney